UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Willsim Latham, LLC<br><br>*Individually and on Behalf of All Others Similarly Situated*,<br><br>              Plaintiff,<br><br>   v.<br><br>Metrolist Services, Inc., et al.,<br><br>              Defendants. | No. 2:24-cv-00244-KJM-DB<br><br>ORDER |

The court has received attorney Francis X. Riley, III's, pro hac vice application. ECF No. 46. Counsel appears to use a form for another court and appears to cite to a different district's local rules. Counsel is directed to familiarize him/herself with this court's local rules and procedures. The application is **denied without prejudice**. *See* E.D. Cal. L.R. 180(b)(2). Counsel may find more information on pro hac vice admission in this district on the court's website: https://www.caed.uscourts.gov/caednew/index.cfm/attorney-info/attorney-and-pro-hac-vice-admission.

IT IS SO ORDERED.

DATED: March 5, 2024.

CHIEF UNITED STATES DISTRICT JUDGE