PATRICK M. RYAN (SBN 203215)
  pryan@bartkolaw.com
JOHN F. McLEAN (SBN 55914)
  jmclean@bartkolaw.com
TYLER M. CUNNINGHAM (SBN 243694)
  tcunningham@bartkolaw.com
BARTKO LLP
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:     (415) 956-1900
Facsimile:      (415) 956-1152

JASON A. ZWEIG (admitted *pro hac vice*)
  jzweig@bartkolaw.com
One South Wacker Drive, 36th Floor
Chicago, Illinois 60606
Telephone:     (415) 956-1900
Facsimile:      (415) 956-1152

*Attorneys for MetroList Services, Inc., Sacramento Association of REALTORS®, Inc., El Dorado County Association of REALTORS®, Yolo County Association of REALTORS®, Central Valley Association of REALTORS®, Amador County Association of REALTORS®, Sutter-Yuba Association of REALTORS®, Inc., Guide Real Estate, Inc., Nevada County Association of REALTORS® and Placer County Association of REALTORS®*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Willsim Latham, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MetroList Services, Inc.; Sacramento Association of Realtors, Inc.; Placer County Association of Realtors, Inc.; El Dorado County Association of Realtors; Lodi Association of Realtors; Yolo County Association of Realtors; Central Valley Association of Realtors; Amador County Association of Realtors; Nevada County Association of Realtors, Inc.; Sutter-Yuba Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Keller Williams Realty, Inc.; eXp World Holdings, Inc.; Norcal Gold Inc.; Century 21 Select Real Estate, Inc.; William L. Lyon & Associates, Inc.; Paul M. Zagaris, Inc.; Guide Real Estate, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00244-KJM-DB<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>Judge: Kimberly J. Mueller<br>Courtroom: 3, 15th Floor<br>Action Filed: January 18, 2024 |

Plaintiff Willsim Latham, LLC ("Plaintiff") and Defendants MetroList Services, Inc.; Sacramento Association of Realtors, Inc.; Placer County Association of Realtors, Inc.; El Dorado County Association of Realtors; Lodi Association of Realtors; Yolo County Association of Realtors; Central Valley Association of Realtors; Amador County Association of Realtors; Nevada County Association of Realtors, Inc.; Sutter-Yuba Association of Realtors, Inc.; eXp World Holdings, Inc.; and Guide Real Estate, Inc., (collectively, the "Undersigned Defendants")[1] (collectively "the parties"), pursuant to Local Rules 143 and 144, stipulate as follows:

**RECITALS**

**WHEREAS**, Plaintiff initiated this case on January 18, 2024 (ECF No. 1) (the "Lawsuit");

**WHEREAS**, all Defendants have been served with the Complaint (ECF Nos. 8-23, 27, 28, 33);

**WHEREAS**, the parties previously agreed to extend all Defendants' deadline to respond to the Complaint until March 5, 2024;

**WHEREAS**, on December 27, 2023, pursuant to 28 U.S.C. § 1407, plaintiffs in two actions pending before Judge Stephen R. Bough in the U.S. District Court for the Western District of Missouri, filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate certain actions that the movants allege assert similar claims related to real estate commissions. *See In re Real Estate Commission Antitrust Litig.*, MDL No. 3100 (ECF No. 1) (the "MDL Motion").

**WHEREAS**, a Notice of Related Action was filed with the JPML for this Lawsuit on January 23, 2024. *See In re Real Estate Commission Antitrust Litig.*, MDL No. 3100 (ECF No. 204);

**WHEREAS**, on February 5, 2024, the Clerk of the JPML Panel issued a minute order

---

[1] This proposed schedule applies does not apply to defendants RE/MAX Holdings, Inc., Anywhere Real Estate Inc., or Keller Williams Realty, Inc., for whom the Court entered an order staying the case pending final approval of the nationwide settlements. *See* ECF No. 48. Plaintiff will file a similar unopposed motion to stay the case as to Norcal Gold Inc. and Century 21 Select Real Estate, Inc., which are franchisees of Keller Williams Realty, Inc. and Anywhere Real Estate, Inc., respectively, and, as such, are part of the nationwide settlements.

closing briefing on the MDL Motion. *See In re Real Estate Commission Antitrust Litig.*, MDL No. 3100 (ECF No. 352);

**WHEREAS**, a hearing has been scheduled on the MDL Motion on March 28, 2024. *See In re Real Estate Commission Antitrust Litig.*, MDL No. 3100 (ECF No. 394);

**WHEREAS**, no deadlines have been issued by this Court, and the Initial Scheduling Conference has been scheduled for July 11, 2024 (ECF No. 38);

**WHEREAS**, on February 23, 2024, the parties met and conferred regarding an extension to respond to the Complaint given the pending MDL Motion; and

**WHEREAS**, the parties negotiated the following stipulation on case deadlines.

## STIPULATION

**NOW, THEREFORE**, in an effort to conserve party and judicial resources while the MDL Motion is pending, the parties stipulate as follows:

1. In the event that the JPML issues an order that does not transfer the Lawsuit, all Defendants, other than those referenced in footnote 1 above, shall have fourteen (14) days from the date of that Order to respond to the Complaint.

2. In the event that the JPML issues an order transferring the Lawsuit, the parties shall inform this Court and follow the instructions of the transferee court.

DATED: March 6, 2024         BARTKO LLP

By:   */s/ Patrick M. Ryan*
         Patrick M. Ryan

Attorneys for MetroList Services, Inc., Sacramento Association of REALTORS®, Inc., El Dorado County Association of REALTORS®, Yolo County Association of REALTORS®, Central Valley Association of REALTORS®, Amador County Association of REALTORS®, Sutter-Yuba Association of REALTORS®, Inc., Guide Real Estate, Inc., Nevada County Association of REALTORS® and Placer County Association of REALTORS®

DATED: March 6, 2024                              SAUL EWING LLP

                                                  By:  /s/ Jason W. McElroy
                                                           Jason W. McElroy

                                                  Attorneys for eXp World Holdings, Inc.

DATED: March 6, 2024                              MUNGER, TOLLES & OLSON LLP

                                                  By:  /s/ Justin P. Raphael
                                                           Justin P. Raphael
                                                           Rebecca L. Sciarrino

                                                  Attorneys for the Lodi Association of Realtors

DATED: March 6, 2024                              LAGASSE BRANCH BELL & KINKEAD

                                                  By:  /s/ Traci S. Lagasse
                                                           Traci S. Lagasse
                                                           Jeffrey V. Ta

                                                  Attorneys for the Lodi Association of Realtors

DATED: March 6, 2024                              PEARSON WARSHAW, LLP

                                                  By:  /s/ Jill M. Manning
                                                           Jill M. Manning

                                                  Attorneys for Plaintiff Willsim Latham, LLC

## ATTESTATION OF ELECTRONIC SIGNATURE

I, Patrick M. Ryan attest that the concurrence in the filing of this document has been obtained from each of the other signatories.  Executed on March 6, 2024.

                                                           /s/ Patrick M. Ryan

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: March 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE