

# United States District Court
# Eastern District of California

| | |
|---|---|
| Willsim Latham, LLC | Case Number: 2:24-cv-00244-DB |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| Metrolist Services, Inc., et al. | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jason Allen Zweig hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

See attachment

On 10/06/2015 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

2/15/24 Granted - E.D. Cal. Case No. 2:24-cv-00244-DB

Date: 3/4/2024          Signature of Applicant: /s/ Jason Allen Zweig

**Pro Hac Vice Attorney**

Applicant's Name: Jason Allen Zweig

Law Firm Name: Bartko, LLP

Address: One  South Wacker Dr., 36th Fl.

City: Chicago          State: IL          Zip: 60606

Phone Number w/Area Code: (415) 291-4505

City and State of Residence: Glencoe, Illinois

Primary E-mail Address: jzweig@bartkolaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Patrick M. Ryan

Law Firm Name: Bartko, LLP

Address: One Embarcadero Center, Suite 800

City: San Francisco          State: CA          Zip: 94111

Phone Number w/Area Code: (415) 956-1900          Bar #: 203215

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   March 12, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE

ATTACHMENT

Amador County Association of REALTORS® (New)

Central Valley Association of REALTORS® (New) El

Dorado County Association of REALTORS® (New)

Guide Real Estate, Inc.  (New)

Nevada County Association of REALTORS® (New)

Placer County Association of REALTORS® (New)

Sacramento Association of REALTORS®, Inc. (New)

Sutter-Yuba Association of REALTORS® (New) Yolo

County Association of REALTORS®  (New)

EXHIBIT A



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
## www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
1/24/2024

Re: Jason Allen Zweig
        Attorney No. 6320010

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and this office reflect that Jason Allen Zweig was admitted to practice law in Illinois on 10/6/2015; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____

Andrew Oliva
Registrar

EXHIBIT B



*Appellate Division of the Supreme Court
of the State of New York
First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Jason Allen Zweig

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 1, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and  according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on January 25, 2024.

*Clerk of the Court*

CertID-00157084