

# United States District Court
# Eastern District of California

| | |
|---|---|
| Willsim Latham, LLC | Case Number: 2:24-cv-00244-KJM-DB |
| Plaintiff(s) | |
| V. | |
| Metrolist Services, Inc., et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Francis X. Riley, III__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

eXp World Holdings, Inc.

On __12/19/1994__ (date), I was admitted to practice and presently in good standing in the __Supreme Court of New Jersey__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: __03/06/2024__     Signature of Applicant: /s/ __Francis X. Riley, III__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Francis X. Riley, III |
| Law Firm Name: | Saul Ewing LLP |
| Address: | 650 College Road, East Suite 4000 |
| City: | Princeton   State: NJ   Zip: 08540 |
| Phone Number w/Area Code: | (609) 452-3150 |
| City and State of Residence: | Princeton, NJ |
| Primary E-mail Address: | francis.riley@saul.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | William Errol Adams |
| Law Firm Name: | Saul Ewing LLP |
| Address: | 1888 Century Park East |
| | Suite 1500 |
| City: | Los Angeles   State: CA   Zip: 90067 |
| Phone Number w/Area Code: | (310) 255-6100   Bar #: 153330 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 12, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Francis X Riley III** (No. **033061994**) was constituted and appointed an Attorney at Law of New Jersey on **December 19, 1994** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 5th day of February, 2024.

*Heather J Baker*
Clerk of the Supreme Court