PATRICK M. RYAN (SBN 203215)
  pryan@bartkolaw.com
JOHN F. McLEAN (SBN 55914)
  jmclean@bartkolaw.com
TYLER M. CUNNINGHAM (SBN 243694)
  tcunningham@bartkolaw.com
BARTKO LLP
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

JASON A. ZWEIG (admitted *pro hac vice*)
  jzweig@bartkolaw.com
One South Wacker Drive, 36th Floor
Chicago, Illinois 60606
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

*Attorneys for MetroList Services, Inc., Sacramento Association of REALTORS®, Inc., El Dorado County Association of REALTORS®, Yolo County Association of REALTORS®, Central Valley Association of REALTORS®, Amador County Association of REALTORS®, Sutter-Yuba Association of REALTORS®, Inc., Guide Real Estate, Inc., Nevada County Association of REALTORS® and Placer County Association of REALTORS®*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Willsim Latham, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MetroList Services, Inc.; Sacramento Association of Realtors, Inc.; Placer County Association of Realtors, Inc.; El Dorado County Association of Realtors; Lodi Association of Realtors; Yolo County Association of Realtors; Central Valley Association of Realtors; Amador County Association of Realtors; Nevada County Association of Realtors, Inc.; Sutter-Yuba Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Keller Williams Realty, Inc.; eXp World Holdings, Inc.; Norcal Gold Inc.; Century 21 Select Real Estate, Inc.; William L. Lyon & Associates, Inc.; Paul M. Zagaris, Inc.; Guide Real Estate, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00244-KJM-DB<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>Judge: Kimberly J. Mueller<br>Courtroom: 3, 15th Floor<br>Action Filed: January 18, 2024 |

Plaintiff Willsim Latham, LLC ("Plaintiff") and Defendants MetroList Services, Inc.; Sacramento Association of Realtors, Inc.; Placer County Association of Realtors, Inc.; El Dorado County Association of Realtors; Lodi Association of Realtors; Yolo County Association of Realtors; Central Valley Association of Realtors; Amador County Association of Realtors; Nevada County Association of Realtors, Inc.; Sutter-Yuba Association of Realtors, Inc.; eXp World Holdings, Inc.; William L. Lyon & Associates and Guide Real Estate, Inc., (collectively, the "Undersigned Defendants")[1] (collectively "the parties"), pursuant to Local Rules 143 and 144, stipulate as follows:

## RECITALS

**WHEREAS**, Plaintiff initiated this case on January 18, 2024 (ECF No. 1) (the "Lawsuit");

**WHEREAS**, all Defendants have been served with the complaint (ECF Nos. 8-23, 27, 28, 33);

**WHEREAS**, on December 27, 2023, pursuant to 28 U.S.C. § 1407, plaintiffs in two actions pending before Judge Stephen R. Bough in the U.S. District Court for the Western District of Missouri, filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate certain actions that the movants allege assert similar claims related to real estate commissions. *See In re Real Estate Commission Antitrust Litig.*, MDL No. 3100 (ECF No. 1) (the "MDL Motion");

**WHEREAS,** on February 21, 2024, the Court issued an Order Setting Status (Pretrial Scheduling) Conference, setting a status conference for July 11, 2024 at 2:30 p.m. (ECF No. 38);

**WHEREAS**, the parties previously agreed to extend all Defendants' deadline to respond to the Plaintiff's complaint until March 5, 2024;

**WHEREAS**, on February 23, 2024, the parties met and conferred regarding an extension to respond to the Plaintiff's complaint given the pending MDL Motion;

---

[1] This proposed schedule does not apply to defendants RE/MAX Holdings, Inc., Anywhere Real Estate Inc., or Keller Williams Realty, Inc., for whom the Court entered an order staying the case pending final approval of the nationwide settlements. *See* ECF No. 48. Plaintiff will file a similar unopposed motion to stay the case as to Norcal Gold Inc. and Century 21 Select Real Estate, Inc., which are franchisees of Keller Williams Realty, Inc. and Anywhere Real Estate, Inc., respectively, and, as such, are part of the nationwide settlements.

**WHEREAS**, on March 12, 2024, the Court granted the Parties' Joint Stipulation extending Defendants' time to respond to Plaintiffs' complaint to 14 days from the date that the JPML denies the MDL Motion (ECF No. 65);

**WHEREAS**, on March 15, 2024, the National Association of Realtors entered into a Settlement Agreement in a litigation pending in the U.S. District Court for the Western District of Missouri, which may resolve and/or affect the rights of the Defendants in this Lawsuit;

**WHEREAS**, on Friday April 12, 2024, the Judicial Panel on Multidistrict Litigation issued an Order denying the MDL Motion (and transfer of this Lawsuit) (ECF No. 134);

**WHEREAS,** in light of the April 12, 2024 JPML order denying the MDL Motion, the Defendants' responses to Plaintiff's complaint are due on Friday April 26, 2024;

**WHEREAS**, on April 22, 2024, Judge Bough entered an order granting preliminary approval of the NAR settlement;

**WHEREAS**, the Parties believe they would benefit from additional time to evaluate the impact, if any, of the NAR Settlement on this litigation;

**WHEREAS**, this stipulation will not affect the case deadlines set forth in ECF No. 38; and

**WHEREAS**, the parties negotiated the following stipulation on case deadlines.

## **STIPULATION**

**NOW, THEREFORE**, in an effort to conserve party and judicial resources, and to allow the parties additional time to assess the impact, if any, of the NAR Settlement on this Lawsuit, the parties stipulate as follows:

1. The Defendants' time to respond to Plaintiff's complaint is extended by 60 days, or to June 25, 2024.
2. The Defendants expressly reserve their right to move to stay the Lawsuit.
3. Plaintiff reserves the right to oppose a motion to stay the Lawsuit.

| | | |
|---|---|---|
| 1 | DATED: April 24, 2024 | BARTKO LLP |
| 2 | | |
| 3 | | By: _/s/ Patrick M. Ryan_<br>Patrick M. Ryan |

Attorneys for MetroList Services, Inc., Sacramento Association of REALTORS®, Inc., El Dorado County Association of REALTORS®, Yolo County Association of REALTORS®, Central Valley Association of REALTORS®, Amador County Association of REALTORS®, Sutter-Yuba Association of REALTORS®, Inc., Guide Real Estate, Inc., Nevada County Association of REALTORS® and Placer County Association of REALTORS®

DATED: April 24, 2024          SAUL EWING LLP

By: _/s/ Jason W. McElroy_
Jason W. McElroy

Attorneys for eXp World Holdings, Inc.

DATED: April 24, 2024          MUNGER, TOLLES & OLSON LLP

By: _/s/ Justin P. Raphael_
Justin P. Raphael
Rebecca L. Sciarrino

Attorneys for the Lodi Association of Realtors

DATED: April 24, 2024          LAGASSE BRANCH BELL & KINKEAD

By: _/s/ Traci S. Lagasse_
Traci S. Lagasse
Jeffrey V. Ta

Attorneys for the Lodi Association of Realtors

| | | |
|---|---|---|
| 1 | DATED:  April 24, 2024 | STOEL RIVES LLP |
| 2 | | By: _____/s/ Edward C. Duckers_____ |
| 3 | | Edward C. Duckers |
| 4 | | Attorneys for Defendant William L. Lyons & Associates |

DATED:  April 24, 2024        PEARSON WARSHAW, LLP

By: _____/s/ Jill M. Manning_____
Jill M. Manning

Attorneys for Plaintiff Willsim Latham, LLC

**ATTESTATION OF ELECTRONIC SIGNATURE**

The undersigned ECF user whose identification and password are being used to file the foregoing document hereby attests that all signatories herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

_____/s/ Patrick M. Ryan_____

**ORDER**

In accordance with the Stipulation:

1. The Defendants' time to respond to Plaintiff's complaint is extended by 60 days, or to June 25, 2024.
2. The Defendants expressly reserve their right to move to stay the Lawsuit.
3. Plaintiff reserves the right to oppose a motion to stay the Lawsuit.

IT IS SO ORDERED.

DATED: April 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE