JILL M. MANNING (Bar No. 178849)
  jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
  nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
  emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| Willsim Latham, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>MetroList Services, Inc.; Sacramento Association of Realtors, Inc.; Placer County Association of Realtors, Inc.; El Dorado County Association of Realtors; Lodi Association of Realtors; Yolo County Association of Realtors; Central Valley Association of Realtors; Amador County Association of Realtors; Nevada County Association of Realtors, Inc.; Sutter-Yuba Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Keller Williams Realty, Inc.; eXp World Holdings, Inc.; Norcal Gold Inc.; Century 21 Select Real Estate, Inc.; William L. Lyon & Associates, Inc.; Paul M. Zagaris, Inc.; Guide Real Estate, Inc.; and DOES 1 through 50, inclusive,<br><br>              Defendants | CASE NO. 2:24-cv-00244-KJM-DB<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO STAY PROCEEDINGS AS TO RE/MAX HOLDINGS, INC., ANYWHERE REAL ESTATE, INC., KELLER WILLIAMS REALTY, INC., CENTURY 21 SELECT REAL ESTATE INC., AND NORCAL GOLD INC.**<br><br>Judge: Kimberly J. Mueller<br>Courtroom: 3, 15th Floor<br>Action Filed: January 18, 2024 |

On May 31, 2024, Plaintiff filed an unopposed administrative motion to stay proceedings as to Defendants RE/MAX Holdings, Inc. ("RE/MAX"), Anywhere Real Estate, Inc. ("Anywhere"), Keller Williams Realty, Inc. ("Keller Williams"), Century 21 Select Real Estate, Inc. ("Century 21") and Norcal Gold, Inc. ("Norcal Gold").  Pursuant to Local Rule 233(c), the motion was submitted the day after the opposition was due.

Good cause appearing, the unopposed motion is **GRANTED,** and the case is stayed as to Defendants RE/MAX, Anywhere, Keller Williams, Century 21 and Norcal Gold following final approval of the nationwide settlements in *Burnett v. National Association of Realtors*, No. 19-00332 (W.D. Mo.) until (a) expiration of the period of appeal from the Final Approval Order entered in without any appeal being filed, or (b) final resolution of any appeal from the Final Approval Order, whichever occurs earlier.  Plaintiff and defendants Re/MAX, Anywhere, Keller Williams, Century 21 and Norcal Gold shall file a joint status report within five (5) days of the expiration of the earlier deadline updating the court on the outcome and how it impacts the instant case.

**IT IS SO ORDERED.**

DATE:  June 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE