PATRICK M. RYAN (SBN 203215)
 pryan@bartkolaw.com
JOHN F. McLEAN (SBN 55914)
 jmclean@bartkolaw.com
TYLER M. CUNNINGHAM (SBN 243694)
 tcunningham@bartkolaw.com
BARTKO LLP
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

JASON A. ZWEIG (*admitted pro hac vice*)
 jzweig@bartkolaw.com
BARTKO LLP
One South Wacker Drive, 36th Floor
Chicago, IL 60606
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

*Attorneys for Defendants MetroList Services, Inc., Sacramento Association of Realtors, Placer County Association of Realtors, El Dorado County Association of Realtors, Amador County Association of Realtors, Central Valley Association of Realtors Nevada County Association of Realtors, Sutter-Yuba Association of Realtors, Yolo County Association of Realtors, and Guide Real Estate, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Willsim Latham, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br>     v.<br><br>MetroList Services, Inc.; Sacramento Association of Realtors, Inc.; Placer County Association of Realtors, Inc.; El Dorado County Association of Realtors; Lodi Association of Realtors; Yolo County Association of Realtors; Central Valley Association of Realtors; Amador County Association of Realtors; Nevada County Association of Realtors, Inc.; Sutter-Yuba Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Keller Williams Realty, Inc.; eXp World Holdings, Inc.; Norcal Gold Inc.; Century 21 Select Real Estate, Inc.; William L. Lyon & Associates, Inc.; Paul M. Zagaris, Inc.; Guide Real Estate, Inc.; and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No. 2:24-cv-00244-KJM<br><br>**ORDER GRANTING MOVING DEFENDANTS' UNOPPOSED MOTION FOR STAY** |

On June 14, 2024, Defendants MetroList Services, Inc.; Sacramento Association of Realtors, Inc.; Placer County Association of Realtors, Inc.; El Dorado County Association of Realtors; Lodi Association of Realtors; Yolo County Association of Realtors; Central Valley Association of Realtors; Amador County Association of Realtors; Nevada County Association of Realtors, Inc.; Sutter-Yuba Association of Realtors, Inc.; William L. Lyon & Associates, Inc.; and Guide Real Estate, Inc. (collectively the *Moving Defendants*) filed an unopposed administrative motion to stay proceedings as to the Moving Defendants. Pursuant to Local Rule 233, the motion was submitted after the opposition was due.

Good cause appearing, the unopposed motion is **GRANTED**, and the case is stayed as to the Moving Defendants following final approval of the nationwide settlement with the National Association of Realtors in *Burnett v. National Association of Realtors*, No. 19-00332 (W.D. Mo.) until 30 days following the issuance of an order on final approval with respect to the settlement with the National Association of Realtors in *Burnett v. National Association of Realtors*, Case No. 4:19-CV-00332-SRB (W.D. Mo.). The parties will file a joint status report within five days following the issuance of an order on final approval of the National Association of Realtors' settlement in *Burnett v. National Association of Realtors*, No. 19-00332.

**IT IS SO ORDERED.**

DATED:  June 24, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE