JILL M. MANNING (Bar No. 178849)
   jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
   dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
   bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
   nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
   emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Willsim Latham, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br>   v.<br>MetroList Services, Inc.; Sacramento Association of Realtors, Inc.; Placer County Association of Realtors, Inc.; El Dorado County Association of Realtors; Lodi Association of Realtors; Yolo County Association of Realtors; Central Valley Association of Realtors; Amador County Association of Realtors; Nevada County Association of Realtors, Inc.; Sutter-Yuba Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Keller Williams Realty, Inc.; eXp World Holdings, Inc.; Norcal Gold Inc.; Century 21 Select Real Estate, Inc.; William L. Lyon & Associates, Inc.; Paul M. Zagaris, Inc.; Guide Real Estate, Inc.; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. 2:24-cv-00244-KJM-DB<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT EXP WORLD HOLDINGS, INC.'S MOTION TO DISMISS**<br><br>Judge: Kimberly J. Mueller<br>Courtroom: 3, 15th Floor<br><br>Action Filed: January 18, 2024 |

1016069.1

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE

Plaintiff Willsim Latham, LLC ("Plaintiff") and Defendant eXp World Holdings, Inc. ("eXp"), by and through their undersigned counsel of record, hereby stipulate as follows:

## RECITALS

1. **WHEREAS**, Plaintiff initiated this case on January 18, 2024 (ECF No. 1);

2. **WHEREAS**, all Defendants have been served with the complaint (ECF Nos. 8-23, 27, 28, 33);

3. **WHEREAS,** on February 21, 2024, the Court issued an Order Setting Status (Pretrial Scheduling) Conference, setting a status conference for July 11, 2024 (ECF No. 38);

4. **WHEREAS,** on June 20, 2024, counsel for Plaintiff met and conferred with counsel for eXp pursuant to Federal Rule of Civil Procedure 26(f);

5. **WHEREAS**, on June 24, 2024, eXp filed a motion to dismiss and noticed the hearing date for October 4, 2024 (ECF No. 78); and

6. **WHEREAS,** counsel for Plaintiff and counsel for eXp met and conferred and reached agreement on a briefing schedule and hearing date for eXp's motion to dismiss:

## STIPULATION

Accordingly, counsel for Plaintiff and eXp hereby stipulate as follows:

1. Plaintiff's deadline to file an opposition to eXp's motion to dismiss is August 6, 2024.

2. eXp's deadline to file a reply in support of its motion to dismiss is August 30, 2024.

3. The hearing on eXp's motion to dismiss will be held on October 4, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: June 27, 2024 | | Respectfully submitted, |

**PEARSON WARSHAW, LLP**

By: _____/s/ Jill M. Manning_____

JILL M. MANNING (Bar No. 178849)
jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Tel: (415) 433-9000

*Attorneys for Plaintiff and the Proposed Class*

Dated: June 27, 2024              Respectfully submitted,

**SAUL EWING, LLP**


By: _____/s/ Jason W. McElroy_____

Jason W. McElroy (*Pro Hac Vice*)
jason.mcelroy@saul.com
**SAUL EWING, LLP**
1919 Pennsylvania Ave. NW, Suite 550
Washington, DC 20006
Tel: (202) 295-6608
Fax: (202) 337-6065

*Attorneys for Defendant eXp World Holdings, Inc.*

### **ATTESTATION OF ELECTRONIC SIGNATURE**

The undersigned ECF user whose identification and password are being used to file the foregoing document hereby attests that all signatories herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date:  June 27, 2024              _____/s/ Jill M. Manning_____
                                              Jill M. Manning

**ORDER**

Pursuant to the stipulation, **IT IS SO ORDERED** that:

1. Plaintiff's deadline to file an opposition to eXp's motion to dismiss is August 6, 2024.
2. eXp's deadline to file a reply in support of its motion to dismiss is August 30, 2024.
3. The hearing on eXp's motion to dismiss will be held on October 4, 2024.

DATE:  July 5, 2024

CHIEF UNITED STATES DISTRICT JUDGE