JILL M. MANNING (Bar No. 178849)
  jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
  nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
  emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Willsim Latham, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MetroList Services, Inc.; Sacramento Association of Realtors, Inc.; Placer County Association of Realtors, Inc.; El Dorado County Association of Realtors; Lodi Association of Realtors; Yolo County Association of Realtors; Central Valley Association of Realtors; Amador County Association of Realtors; Nevada County Association of Realtors, Inc.; Sutter-Yuba Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Keller Williams Realty, Inc.; eXp World Holdings, Inc.; Norcal Gold Inc.; Century 21 Select Real Estate, Inc.; William L. Lyon & Associates, Inc.; Paul M. Zagaris, Inc.; Guide Real Estate, Inc.; and DOES 1 through 50, inclusive,<br>            Defendants. | CASE NO. 2:24-cv-00244-KJM-DB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER STAYING PROCEEDINGS AS TO DEFENDANT eXp WORLD HOLDINGS, INC.**<br><br>Judge: The Honorable Kimberly J. Mueller<br>Courtroom: 3, 15th Floor<br><br>Action Filed: January 18, 2024<br><br>Trial Date: None Set |

1  Plaintiff Willsim Latham, LLC and defendant eXp World Holdings, Inc. ("eXp") (together
2  "Stipulating Parties") hereby stipulate as follows:

### RECITALS

**WHEREAS**, just over two months after this case was filed, the National Association of REALTORS® ("NAR") entered into a $418 million nationwide class action settlement that resolves claims that MLS rules regarding broker commissions violate the antitrust laws ("NAR Settlement"). *See Burnett, et al. v. The National Association of Realtors, et al.* (W.D. Missouri No. 19-cv-00332) ("*Burnett*").

**WHEREAS**, in connection with the NAR Settlement, plaintiffs representing a nationwide class of home sellers released their claims against NAR and certain NAR-affiliated entities.

**WHEREAS**, on February 22, 2024, Plaintiff filed an unopposed motion to vacate all case deadlines and stay proceedings as to Defendants RE/MAX Holdings, Inc. ("RE/MAX"), Anywhere Real Estate Inc. ("Anywhere"), and Keller Williams Realty, Inc. ("Keller Williams") following entry of the order granting preliminary approval of the settlement agreements in *Burnett*. Dkt. No. 39. On March 4, 2024, the Court granted the motion. Dkt. No. 48.

**WHEREAS**, on May 31, 2024, Plaintiff filed an unopposed motion to stay the case as to RE/MAX (and its affiliated franchisee Defendant Norcal Gold Inc.), Anywhere (and its affiliated franchisee, Defendant Century 21 Select Real Estate, Inc.), and Keller Williams following entry of the order granting final approval of the nationwide settlements in *Burnett*. Dkt. No. 73. The Court granted the motion. Dkt. No. 74.

**WHEREAS**, on June 14, 2024, Defendants MetroList Services, Inc.; Sacramento Association of Realtors, Inc.; Placer County Association of Realtors, Inc.; El Dorado County Association of Realtors; Lodi Association of Realtors; Yolo County Association of Realtors; Central Valley Association of Realtors; Amador County Association of Realtors; Nevada County Association of Realtors, Inc.; Sutter-Yuba Association of Realtors, Inc.; William L. Lyon & Associates, Inc.; and Guide Real Estate, Inc. filed an unopposed motion to stay in light of the order preliminarily approving the NAR Settlement. Dkt. No. 75. The Court granted the motion. Dkt. No.77.

**WHEREAS**, following entry of the above-referenced stay orders, there is one defendant remaining in this case against whom Plaintiff's claims are proceeding: eXp.

**WHEREAS**, eXp filed a motion to dismiss on June 24, 2024. Dkt. No. 78.

**WHEREAS**, Plaintiff's deadline to file an opposition to eXp's motion to dismiss is August 6, 2024. Dkt. No. 79.

**WHEREAS**, eXp is named as defendants in two cases nationwide cases alleging similar antitrust allegations related to realtor commissions. *Gibson v. National Association of Realtors*, Case No. 4:23-cv-00788 (W.D. Mo.), and *Umpa v. National Association of Realtors*, Case No. 4:23-cv-00945 (W.D. Mo.).

**WHEREAS**, this Court possesses the "inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (*citing Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936)).

**WHEREAS**, to determine whether an action should be stayed, courts balance the relative harm of staying or continuing an action and consider issues of judicial economy, *Sinclair v. Fox Hollow of Turlock Owners Ass'n*, No. 1:03-cv-05439-OWW, 2011 WL 1636240, at *2 (E.D. Cal. Apr. 29, 2011).

**WHEREAS**, staying the case as to eXp reduces the risk of duplicative litigation, promotes efficiency, and conserves judicial resources.

## STIPULATION

**NOW, THEREFORE**, the Stipulating Parties hereby stipulate that:

1. The case shall be stayed as to Defendant eXp until 30 days after the District Court for the Western District of Missouri's ruling on final approval of the NAR Settlement; and

2. All existing deadlines shall be vacated.

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: July 9, 2024 | **PEARSON WARSHAW, LLP** |
|   | By: */s/ Jill M. Manning*<br>JILL M. MANNING (Bar No. 178849)<br>jmanning@pwfirm.com<br>555 Montgomery St., Suite 1205<br>San Francisco, California 94111<br>Telephone: (415) 433-9000<br>*Attorneys for Plaintiff and the Proposed Class* |
| Dated: July 9, 2024 | **SAUL EWING, LLP** |
|   | By: */s/ Jason W. McElroy* |
|   | Jason W. McElroy (*Pro Hac Vice*)<br>jason.mcelroy@saul.com<br>**SAUL EWING, LLP**<br>1919 Pennsylvania Ave. NW, Suite 550<br>Washington, DC 20006<br>Tel: (202) 295-6608<br>Fax: (202) 337-6065 |
|   | *Attorneys for Defendant eXp World Holdings, Inc.* |

### ATTESTATION OF ELECTRONIC SIGNATURE

The undersigned ECF user whose identification and password are being used to file the foregoing document hereby attests that all signatories herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: July 9, 2024                               */s/ Jill M. Manning*
                                                           Jill M. Manning

**ORDER**

Pursuant to Stipulation, the case is **STAYED** as to Defendant eXp until 30 days following the issuance of an order on final approval with respect to the settlement with the National Association of Realtors in *Burnett v. National Association of Realtors*, Case No. 4:19-CV-00332-SRB (W.D. Mo.) ("*Burnett*"), and all existing case deadlines are vacated. The parties will file a joint status report within five days following the issuance of an order on final approval of the National Association of Realtors' settlement in *Burnett*.

**IT IS SO ORDERED.**

DATED: July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE