1  PATRICK M. RYAN (SBN 203215)
     pryan@bartkolaw.com
2  JOHN F. McLEAN (SBN 55914)
     jmclean@bartkolaw.com
3  TYLER M. CUNNINGHAM (SBN 243694)
     tcunningham@bartkolaw.com
4  BARTKO LLP
   1100 Sansome Street
5  San Francisco, California 94111
   Telephone: (415) 956-1900
6  Facsimile:  (415) 956-1152

7  JASON A. ZWEIG (Admitted *pro hac vice*)
   jzweig@bartkolaw.com
8  One South Wacker Drive, 36th Floor
   Chicago, IL 60606
9  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152

10 *Attorneys for Defendants MetroList Services, Inc., Sacramento Association of REALTORS®, Inc., El Dorado County Association of REALTORS®, Yolo County Association of REALTORS®, Central Valley Association of REALTORS®, Amador County Association of REALTORS®, Sutter-Yuba Association of REALTORS®, Inc., Guide Real Estate, Inc., Nevada County Association of REALTORS® and Placer County Association of REALTORS®*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Willsim Latham, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>  v.<br><br>MetroList Services, Inc.; Sacramento Association of Realtors, Inc.; Placer County Association of Realtors, Inc.; El Dorado County Association of Realtors; Lodi Association of Realtors; Yolo County Association of Realtors; Central Valley Association of Realtors; Amador County Association of Realtors; Nevada County Association of Realtors, Inc.; Sutter-Yuba Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Keller Williams Realty, Inc.; eXp World Holdings, Inc.; Norcal Gold Inc.; Century 21 Select Real Estate, Inc.; William L. Lyon & Associates, Inc.; Paul M. Zagaris, Inc.; Guide Real Estate, Inc.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-00244-KJM-SCR<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANTS METROLIST SERVICES, INC., SACRAMENTO ASSOCIATION OF REALTORS®, INC., EL DORADO COUNTY ASSOCIATION OF REALTORS®, YOLO COUNTY ASSOCIATION OF REALTORS®, CENTRAL VALLEY ASSOCIATION OF REALTORS®, AMADOR COUNTY ASSOCIATION OF REALTORS®, SUTTER-YUBA ASSOCIATION OF REALTORS®, INC., GUIDE REAL ESTATE, INC., NEVADA COUNTY ASSOCIATION OF REALTORS® AND PLACER COUNTY ASSOCIATION OF REALTORS®** |

3118.000/2066975.1

1  Having considered the Motion of Defendants MetroList Services, Inc., Sacramento
2  Association of REALTORS®, Inc., El Dorado County Association of REALTORS®, Yolo
3  County Association of REALTORS®, Central Valley Association of REALTORS®, Amador
4  County Association of REALTORS®, Sutter-Yuba Association of REALTORS®, Inc., Guide
5  Real Estate, Inc., Nevada County Association of REALTORS® and Placer County Association of
6  REALTORS® ("Moving Defendants") for withdrawal of the firm of Bartko LLP and its attorneys
7  Patrick M. Ryan, John F. McLean, Tyler Cunningham and Jason Zweig as counsel of record in
8  this action, the Court finds that the motion should be and is hereby **granted**.  It is therefore
9  Ordered that Patrick M. Ryan, John F. McLean, Tyler Cunningham and Jason Zweig are
10 withdrawn as counsel of record for Moving Defendants, and electronic notifications to Patrick M.
11 Ryan, John F. McLean, Tyler Cunningham and Jason Zweig are to be terminated.  The law firm of
12 Hinshaw & Culbertson LLP will continue to represent Moving Defendants.
13     IT IS SO ORDERED.
14 DATED:  September 4, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE