UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Willsim Latham, LLC, | No. 2:24-cv-00244-KJM-SCR |
| Plaintiff, | ORDER |
| v. | |
| MetroList Services, Inc., et al., | |
| Defendants. | |

Plaintiff Willsim Latham, LLC and the defendants listed in the footnote below[1] jointly stipulate and request a stay of all deadlines until after the exhaustion of all appeals in *Burnett v. National Association of Realtors*, No. 19-332, within the United States District Court for the Western District of Missouri. ECF No. 95.

In a previous order, this court entered a similar stay with respect to the claims against a different group of defendants,[2] which was also tied to resolution of the *Burnett* action and any appeals in that action. *See* Order (June 10, 2024), ECF No. 74.

---

[1] MetroList Services, Inc.; Sacramento Association of Realtors, Inc.; Placer County Association of Realtors, Inc.; El Dorado County Association of Realtors; Lodi Association of Realtors; Yolo County Association of Realtors; Central Valley Association of Realtors; Amador County Association of Realtors; Nevada County Association of Realtors, Inc.; Sutter-Yuba Association of Realtors, Inc.; William L. Lyon & Associates, Inc.; Guide Real Estate, Inc.

[2] RE/MAX Holdings, Inc., Anywhere Real Estate, Inc., Keller Williams Realty, Inc., Century 21 Select Real Estate, Inc. and Norcal Gold, Inc.

1

1  Separately, defendant eXp World Holdings, Inc. stipulates with plaintiff Willsim Latham
2  to a stay until thirty days after the United States District Court for the Northern District of
3  Georgia has ruled on a final approval motion in *Hooper, LLC v. National Association of Realtors*,
4  No. 23-5392.  ECF No. 97.
5  Having reviewed the file and the parties' stipulations, the court orders as follows:
6  (1) As provided by the stipulation filed at ECF No. 95, all dates and deadlines in this
7  action are stayed as to the defendants listed in footnote one above until after the exhaustion of all
8  appeals of the final approval order in the *Burnett* action;
9  (2) As provided by the stipulation filed at ECF No. 97, all dates and deadlines in this
10 action are stayed as to defendant eXp World Holdings, Inc. until the court in the *Hooper* action
11 has ruled on a final approval motion; and
12 (3) The parties are directed to file a further joint status report within seven days of the
13 conclusion of any appeals in the *Burnett* action and any ruling on a final approval motion in the
14 *Hooper* action.
15 IT IS SO ORDERED.
16 DATED:  January 2, 2025.

_____
UNITED STATES DISTRICT JUDGE